BOLTON CORP. v. STATE OF NORTH CAROLINA

No. 476P89

Case below: 95 N.C.App. 596

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

CITY FINANCE CO. v. MASSEY MOTOR CO.

No. 461P89

Case below: 95 N.C.App. 623

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

DAILY v. MANN MEDIA, INC.

No. 503P89

Case below: 95 N.C.App. 746

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

FISHER v. MELTON

No. 480A89

Case below: 95 N.C.App. 729

Petition by defendant, Lillie P. Melton, pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 18 January 1990. Petition by defendant Lassiter for discretionary review pursuant to G.S. 7A-31 allowed 18 January 1990. Petition by defendants Batts for discretionary review pursuant to G.S. 7A-31 allowed 18 January 1990.

FLOTO v. PIED PIPER RESORT

No. 538P89

Case below: 96 N.C.App. 241

Petition by plaintiffs for writ of supersedeas and temporary stay denied 28 December 1989. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.